## PD-0675-16

### IN THE COURT OF CRIMINAL APPEALS

**KELLY KITA SHEFFIELD,**
**Appellant**

vs.

**THE STATE OF TEXAS,**
**Appellee**

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

**JUN 17 2016**

FILED IN
COURT OF CRIMINAL APPEALS

JUN 17 2016

Abel Acosta, Clerk

Abel Acosta, Clerk

**APPEALS CT. NO. 03-14-00353-CR**
**TR. CT. NO. CR2011-475**

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

**COMES NOW KELLY KITA SHEFFIELD**, Appellant in the above styled and

numbered cause, under the authority of Rule 10.5(b)(3), T.R.A.P., and

shows the Court as follows:

1.

The Court of Appeals for the 3rd District in Austin, entered its opinion and

judgement in *Kelly Kita Sheffield vs. The State of Texas*, No. 03-14-00353-

CR, on May 20, 2016. The Petition for Discretionary Review has not been

filed yet.

2.

Appellant requests an extension of time of ninety days. This is my first request for an extension of time in this case as a Pro-Se Appellant.

3.

Appellant relies on the following facts as a reasonable explanation for the requested extension of time. Pro-Se Appellant, in addition to preparing a Petition for Discretionary Review in this case, Appellant must also devote time to the following additional matters:

I am proceeding pro-se for the first time, and I need extra time to secure assistance. I am currently in the process of locating and hiring an attorney to represent me, but if unsuccessful I will be handling this matter pro-se.

Respectfully Submitted,

Kelly Kita Sheffield,

pro-se Appellant
PO BOX 533
Crestone, CO 81131
719-580-0003
kellyksheffield@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served

on the Comal County District Attorney's Office, 150 N. Seguin, suite 314,

New Braunfels, TX 78130 on June 17, 2016 via USPS.


_____
Kelly Kita Sheffield

**Recipient Information**

## To:   Court of Criminal Appeals
**Fax #: 5124637061**

**Sender Information**

## From: Kelly Kita Sheffield
**Email address: kellyksheffield@gmail.com (from 162.255.158.94)**
**Phone #: 7195800003**
**Sent on: Friday, June 17 2016 at 5:39 PM EDT**

faxZERO.com
*send a fax for free*

please file

This fax was sent using the FaxZero.com free fax service. FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #17174417. We will add your fax number to the block list.